```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7

 8  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ED MOSBAH, <br> ELIZABETH BROWN-BAIDOO, <br><br> Plaintiffs, <br><br> v. <br> ROBERT MUELLER, III, Director, Federal Bureau of Investigations; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services (USCIS); JONATHAN SCHARFEN, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; ROSEMARY NEVILLE, District Director, USCIS; ROBIN BARRETT, San Francisco Field Office Director, USCIS, <br><br> Defendants. | No. C 09-3337 CRB <br><br> **STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER** |

   Plaintiffs, by and through their attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiffs filed this action on or about July 21, 2009.  Defendants' response is due on September 18, 2009.

   2. Plaintiffs are scheduled for an interview on their adjustment of status application on September 16, 2009.

   3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Defendant's Answer: | October 19, 2009 |
| Last day to file Joint ADR Certification: | October 23, 2009 |
| Last day to file/serve Joint Case Management Statement: | November 6, 2009 |
| Case Management Conference: | November 13, 2009 at 8:30 a.m. |

Date: September 9, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: September 9, 2009

_____/s/_____
ELIAS Z. SHAMIEH
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 10, 2009

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Extend Dates
C09-3337 CRB                                          2