| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ED MOSBAH, | ) | |
| LYNN MARI, | ) | No. C 09-3337 CRB |
| | ) | |
|         Plaintiffs, | ) | |
| | ) | **STIPULATION TO DISMISS AND** |
|         v. | ) | **[PROPOSED] ORDER** |
| ROBERT MUELLER, III, Director, Federal | ) | |
| Bureau of Investigations; EMILIO GONZALES, | ) | |
| Director, U.S. Citizenship and Immigration | ) | |
| Services (USCIS); JONATHAN SCHARFEN, | ) | |
| Secretary, Department of Homeland Security; | ) | |
| ALBERTO GONZALES, Attorney General, | ) | |
| Department of Justice; ROSEMARY NEVILLE, | ) | |
| District Director, USCIS; ROBIN BARRETT, | ) | |
| San Francisco Field Office Director, USCIS, | ) | |
| | ) | |
|         Defendants. | ) | |

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiffs' I-130 & I-485 applications.

///

///

Stipulation to Dismiss
C09-3337 CRB                                           1

1 | Each of the parties shall bear their own costs and fees.

2

3 | Date: September 24, 2009                    Respectfully submitted,

4 |                                              JOSEPH P. RUSSONIELLO
    United States Attorney

5

6 |                                                    /s/
                                                 ILA C. DEISS[1]
                                                 Assistant United States Attorney
7                                                Attorneys for Defendants

8

9 |                                                    /s/
   Date: September 24, 2009                    ELIAS Z. SHAMIEH
10                                              Attorney for Plaintiffs

11

12 |                        **ORDER**

13 |    Pursuant to stipulation, IT IS SO ORDERED.

14 | Date: Sept. 29, 2009   _____
                            CHARLES R. BREYER
15                          United States District Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" Judge Charles R. Breyer)

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C09-3337 CRB                                     2